# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2019

## NO. 03-18-00728-CR

**Brandon Paul Viator, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment adjudicating guilt to reflect that the degree of the offense for which appellant was convicted is a third-degree felony. Further, the Court modifies the judgment adjudicating guilt to delete the reference to the bill of costs for "Court Appointed Attorney Fee" and to delete the $400 attributed to court-appointed attorney's fees from the bill of costs. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.